IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Action No. 08-mj-00032-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSCAR MORENO ORTEGA,

    Defendant.

---

## ORDER APPOINTING SUBSTITUTE PANEL ATTORNEY

---

    The above-named Defendant has testified under oath or has otherwise satisfied this Court that he is financially unable to employ counsel, and does not wish to waive counsel, and because the interests of justice so require, his previous counsel Marna Lake is hereby released of further responsibilities in this matter and CJA attorney Steven Laiche is hereby appointed to represent the Defendant in the above-designated case. This appointment shall remain in effect until terminated by the Court.

    This matter is set for arraignment and discovery conference on December 01, 2008 at 2:00 p.m.

DATED: November 14, 2008

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge