IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 08-mj-00032-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SERGIO CORONA-VENZOR,
2. OSCAR ORTEGA-MORENO,

    Defendants.

---

MINUTE ORDER
CORRECTING CASE CAPTION AND DEFENDANT'S NAME

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   December 01, 2008

The Defendant has advised the Court that his correct name is OSCAR ORTEGA-MORENO not Oscar Moreno-Ortega.

It is hereby ORDERED that the case caption is changed to the correct name of the Defendant: Oscar Ortega-Moreno.  All further pleadings shall conform to the correct name of the Defendant and the corrected case caption.